**United States Bankruptcy Court**
**Northern District of Georgia**

In re **Ashley Nicole Mills**                               Case No. _____
                                Debtor(s)                   Chapter   **7**

# STATEMENT REGARDING PAY STUBS (11 U.S.C. §521(A)(1))

I, **Ashley Nicole Mills**, hereby certify that during the 60 day period preceding the filing of my bankruptcy petition in this case, I did not receive pay stubs from an employer because:

☐ I am unemployed; or

☒ I am self-employed; or

☐ My employer did not provide pay stubs.

☐ Other

Date **June 30, 2023**          Signature **/s/ Ashley Nicole Mills**
                                          **Ashley Nicole Mills**
                                          Debtor